UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. G. CANDLER,<br><br>            Plaintiff,<br><br>       v.<br><br>ABRAM CARO,<br><br>            Defendant. | No.  1:24-cv-00301-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>Doc. 15 |

Plaintiff Steven R.G. Candler is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2024, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed for failure to state a cognizable claim for relief. Doc. 15.  The findings and recommendations were served on plaintiff and provided him 14 days to file objections. *Id.* at 6.  Plaintiff filed a one-sentence objection on August 12, 2024, and untimely filed supplemental objections on September 9, 2024 (collectively "plaintiff's objections").  Docs. 16, 17.  Plaintiff's objections fail to meaningfully address the pleading deficiencies identified in the findings and recommendations.  The objections refer to various CDCR policies but do not include any additional allegations sufficient to plausibly state a claim under 42 U.S.C. § 1983 against any defendant.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, including plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on July 29, 2024, Doc. 15, are adopted in full;
2. This action is dismissed for failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 6, 2025

_____
UNITED STATES DISTRICT JUDGE